IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01082-BNB

LaMONT LEE WARREN,

    Plaintiff,

v.

WARDEN CHARLES DANIELS,
LIEUTENANT J. VIGIL,
LIEUTENANT BORJA,
NURSE V. VIGIL,
COUNSELOR D. BORGES,
UNIT MANAGER UMG LYDE,
OFFICER SENIOR SPECIALIST TROUTMAN, and
CASE MANAGER JANUZS,

    Defendants.

---

ORDER DIRECTING PLAINTIFF TO FILE ONE AMENDED COMPLAINT

---

Plaintiff, LaMont Lee Warren, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at United States Penitentiary in Florence, Colorado. Mr. Warren initiated this action by filing a Letter with the Court indicating his intent to file a civil action. Pursuant to this Court's Order to Cure Deficiency filed on May 10, 2010, Mr. Warren filed two separate Prisoner Complaint forms that name different individuals as defendants and assert different claims.

The Court must construe the Complaints liberally because Mr. Warren is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 27 2010

GREGORY C. LANGHAM
                     CLERK

F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. See *Hall*, 935 F.2d at 1110. So that the Court may effectively review the claims that Mr. Warren has asserted, he will be directed to file **one** Amended Complaint. Any copy of the original Complaint that Mr. Warren submits to the Court must be exactly the same as the original. Accordingly, it is

ORDERED that Mr. Warren file **within thirty days from the date of this Order** an Amended Complaint that is in keeping with the instant Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Warren, together with a copy of this Order, two copies of a Court-approved Prisoner Complaint form to be used in submitting the Amended Complaint. It is

FURTHER ORDERED that if Mr. Warren fails within the time allowed to file an Amended Complaint that complies with this Order, to the Court's satisfaction, the action will be dismissed without further notice.

DATED May 27, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01082-BNB

Lamont L. Warren
Reg No. 11245-007
US Penitentiary Florence
P.O. Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 5/27/10

GREGORY C. LANGHAM, CLERK

By: /s/
    Deputy Clerk