IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01082-BNB

LAMONT L. WARREN,

    Plaintiff,

v.

WARDEN CHARLIE DANIELS,
LIEUTENANT J. VIGIL,
NURSE V. VIGIL,
COUNSELOR D. BORGES,
UNIT MANAGER UMG LYDE,
CASE MANAGER JANUZS, and
OFFICER TROUTMAN,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 29 2010

GREGORY C. LANGHAM
CLERK

## ORDER

On June 14, 2010, Felicia Davis filed a letter in this action requesting that the $350.00 she submitted to the Court on behalf of Plaintiff Lamont L. Warren for payment of the filing fee be returned to her. Ms. Davis asserts that she acted on impulse in paying the filing fee and learned after she paid the fee that she was to have placed the money in Mr. Warren's prison account.

Ms. Davis provides no legal basis for this Court to return the monies to her. Furthermore, although prior to May 24, 2010, when Ms. Davis submitted the $350.00 to the Court, Mr. Warren filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Letter stating that he had requested a certified copy of his trust fund account statement, but due to "institutional standards" he would be delayed in sending the statement. The Court has not received a certified copy of Mr.

Warren's statement. Mr. Warren also has not indicated to the Court that he needed additional time to secure a certified copy or that the money Ms. Davis submitted to the Court was to have been placed in his trust fund account rather than sent to the Court for payment of the filing fee. Mr. Warren has provided no information to the Court that supports Ms. Davis's statement that she misunderstood him and inadvertently paid the fee rather that sending money to Mr. Warren. Accordingly, it is

ORDERED that Ms. Davis's request for a refund of the filing fee (Doc. No. 15) is DENIED.

DATED at Denver, Colorado, this 29th day of June, 2010.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01082-BNB

Lamont L. Warren
Reg No. 11245-007
US Penitentiary Florence
P.O. Box 7000
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/29/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk